596-15

# ELECTRONIC RECORD

COA # 05-13-00702-CR    OFFENSE: 30.02F1

STYLE: Terrish Jermaine Garmon v. The State of Texas    COUNTY: Dallas

COA DISPOSITION:    AFFIRM    TRIAL COURT: Criminal District Court No. 3

DATE: 05/12/2015    Publish: NO    TC CASE #:    F-1234332-J

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Terrish Jermaine Garmon v. The State of Texas    CCA #: 596-15

_____ APPELLANT'S _____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____ REFUSED _____    JUDGE: _____

DATE: 09/16/2015    SIGNED: _____    PC: _____

JUDGE: Per Curiam    PUBLISH: _____    DNP: _____

-----------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**